APPEAL FEE REQUEST



JOHN F. WARREN
COUNTY CLERK
GEORGE ALLEN BUILDING
CIVIL PROCESS
600 COMMERCE ST., SUITE 101
DALLAS, TEXAS 75202-3504
214 653-7596

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS

5/29/2015 12:30:07 PM

LISA MATZ
Clerk

May 29, 2015

Jaime Daniels
& All Other Occupants
4060 Preferred Place #122
Dallas, Texas 75237

In Re:  CC-15-01593-E BROOKFIELD APTS vs. JAIME DANIELS & ALL OTHER OCCUPANTS

Mr. Daniels:

In accordance with Rule 51, of the Texas Rules of Court, the Clerk's Record in the above referenced case has been prepared and ready for delivery to the Fifth Supreme Judicial District Court of Appeals for the State of Texas.

A copy of the Index and Cost Bill of the Record is enclosed for your reference and a copy of the Index has been mailed to the opposing counsel.

The fee for preparing the Original Clerk's Record is $14.00 (Fourteen dollars and 00/100). Please make check payable to John F. Warren, County Clerk, promptly.  Once the fees have been received, the Record will be delivered to the Court of Appeals.

Thank You,

Alina Espinoza, Deputy Clerk

Cc:    Brookfield Apts
       4060 Preferred Place
       Dallas, Texas 75237

Cc:    Fifth District Court of Appeals
       600Commerce, 2nd Floor
       Dallas, Texas 75202